UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
PERINI/O&G, A JOINT VENTURE,

     Plaintiff,         Case No. 12 Civ. 1931 (VB)

v.

USIMINAS MECÂNICA S.A. and     **Proof of Service**
USINAS SIDERÚRGICAS DE MINAS
GERAIS S.A. – USIMINAS,

     Defendants.
----------------------------------------------------------x

  I declare under penalty of perjury that on March 15, 2012, I served the Notice of Removal (together with the Notice of Filing of Notice of Removal that was filed with the state court) on plaintiff, by causing a copy thereof to be sent via first class mail, postage prepaid to its attorneys, addressed as follows:

        Allen J. Ross
        Michael J. Hogan
        DUANE MORRIS LLP
        1540 Broadway
        New York, NY 10036

Dated: April 4, 2012

           By: _[signature]_
              Martin Domb (MD-4109)
              AKERMAN SENTERFITT LLP
              *Attorneys for Defendants*
              335 Madison Avenue, 26th Floor
              New York, New York 10017-4636
              Phone: (212) 880-3800
              Fax: (212) 880-8965

{24014221;1}