UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
PERINI/O&G, A JOINT VENTURE,

               Plaintiff,                        Case No. 12 Civ. 1931 (VB)

v.

USIMINAS MECÂNICA S.A. and            **Proof of Service**
USINAS SIDERÚRGICAS DE MINAS
GERAIS S.A. – USIMINAS,

               Defendants.
-------------------------------------------------------x

I declare under penalty of perjury that on April 4, 2012, I served the defendants'

**RESPONSE AND OBJECTIONS TO SUMMONS WITH NOTICE AND DEMAND FOR SERVICE OF A COMPLAINT** on plaintiff, by causing a copy thereof to be sent via first class mail, postage prepaid to its attorneys, addressed as follows:

                       Allen J. Ross
                       Michael J. Hogan
                       DUANE MORRIS LLP
                       1540 Broadway
                       New York, NY 10036

Dated: April 4, 2012

                       By: _/s/ Martin Domb_
                            Martin Domb (MD-4109)
                            AKERMAN SENTERFITT LLP
                            *Attorneys for Defendants*
                            335 Madison Avenue, 26th Floor
                            New York, New York 10017-4636
                            Phone: (212) 880-3800
                            Fax: (212) 880-8965

{24014294;1}