UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PERINI/O&G, A JOINT VENTURE,

        Plaintiff,        Case No. 12 CV 1931

  -against-        **CORRECTED MOTION FOR ADMISSION PRO HAC VICE**

USIMINAS MECÂNICA S.A.

        Defendant.
------------------------------------------------------------x

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Pavan Ishwar Khoobchandani, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Usiminas Mecânica S.A. in the above captioned action.

I am in good standing of the bars of the Commonwealth of Virginia and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: December 2, 2013

        Respectfully submitted,

By:    s/ Pavan Ishwar Khoobchandani
Pavan Ishwar Khoobchandani (To Be Admitted Pro Hac Vice)
AKERMAN LLP f/k/a Akerman Senterfitt LLP
750 9th Street, N.W., Suite 750
Washington, D.C. 20001
Telephone: (202) 393-6222
Fax: (202) 393-5959
E-mail: pik@akerman.com

*Attorney for Defendant Usiminas Mecânica S.A.*

{27473158;1}

# Supreme Court of Virginia

AT RICHMOND

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

## PAVAN ISHWAR KHOOBCHANDANI

was admitted to practice as an attorney and counsellor at the bar of this Court on October 29, 2003.

I further certify that so far as the records of this office are Concerned PAVAN ISHWAR KHOOBCHANDANI is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 27th day of November
A.D. 2013

By: _____
*Deputy Clerk*



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D.C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## PAVAN ISHWAR KHOOBCHANDANI

was on **SEPTEMBER 10, 2004** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **November 18, 2013**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PERINI/O&G, A JOINT VENTURE,

        Plaintiff,                       Case No. 12 CV 1931

  -against-                        **ORDER FOR ADMISSION**
                                            **PRO HAC VICE**

USIMINAS MECÂNICA S.A.

        Defendant.
-------------------------------------------------------------x

The motion of Pavan Ishwar Khoobchandani, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia; and that his contact information is as follows:

Pavan Ishwar Khoobchandani
Akerman LLP f/k/a Akerman Senterfitt LLP
750 9th Street, N.W., Suite 750
Washington, D.C. 20001
Telephone: 202-824-6222
Fax: 202-393-6222

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Usiminas Mecânica S.A. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:                                                   _____
                                                      United States District / Magistrate Judge

{27526761;1}