UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

PERINI/O&G, A JOINT VENTURE,

        Plaintiff,

   -against-

USIMINAS MECÂNICA S.A.

        Defendant.
-------------------------------------------------------------x

Case No. 12 CV 1931

**MOTION FOR ADMISSION
PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I John Michael Neary, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Usiminas Mecânica S.A. in the above captioned action.

I am in good standing of the bar of the Commonwealth of Virginia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: November 27, 2013

        Respectfully submitted,

By:    /s/ John Michael Neary
     John Michael Neary (To Be Admitted Pro Hac Vice)
     AKERMAN LLP (f/k/a Akerman Senterfitt LLP)
     750 9th Street, N.W., Suite 750
     Washington, D.C. 20001
     Telephone: (202) 393-6222
     Fax: (202) 393-5959
     E-mail: john.neary@akerman.com

*Attorney for Defendant Usiminas Mecânica S.A.*

{27525963;1}

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

### JOHN MICHAEL NEARY

was admitted to practice as an attorney and counsellor at the bar of this Court on June 3, 2013.

I further certify that so far as the records of this office are concerned, JOHN MICHAEL NEARY is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 27th day of November A.D. 2013

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PERINI/O&G, A JOINT VENTURE,

        Plaintiff,   Case No. 12 CV 1931

  -against-   **ORDER FOR ADMISSION**
                                          **PRO HAC VICE**
USIMINAS MECÂNICA S.A.

        Defendant.
------------------------------------------------------------x

The motion of John Michael Neary, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Virginia; and that his contact information is as follows:

John Michael Neary
Akerman LLP (f/k/a Akerman Senterfitt LLP)
750 9th Street, N.W., Suite 750
Washington, D.C. 20001
Telephone: 202-824-6222
Fax: 202-393-6222

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Usiminas Mecânica S.A. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: November 27, 2013   _____
                                                    United States District / Magistrate Judge

{27526091;1}