UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PERINI/O&G, A JOINT VENTURE,

        Plaintiff,

-against-

USIMINAS MECÂNICA S.A.

        Defendant.
-----------------------------------------------------------x

Case No. 12 CV 1931

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Pavan Ishwar Khoobchandani, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia; and that his contact information is as follows:

Pavan Ishwar Khoobchandani
Akerman LLP f/k/a Akerman Senterfitt LLP
750 9th Street, N.W., Suite 750
Washington, D.C. 20001
Telephone: 202-824-6222
Fax: 202-393-6222

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/3/13

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Usiminas Mecânica S.A. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 12/3/13

_____
United States District / ~~Magistrate~~ Judge

{27526761;1}