UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PERINI/O&G, A JOINT VENTURE,

   Plaintiff,

  -against-

USIMINAS MECÂNICA S.A.

   Defendant.
------------------------------------------------------------x

Case No. 12 CV 1931

**ORDER FOR ADMISSION PRO HAC VICE**

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/13*

  The motion of John Michael Neary, for admission to practice Pro Hac Vice in the above captioned action is granted.

  Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Virginia; and that his contact information is as follows:

John Michael Neary
Akerman LLP (f/k/a Akerman Senterfitt LLP)
750 9th Street, N.W., Suite 750
Washington, D.C. 20001
Telephone: 202-824-6222
Fax: 202-393-6222

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Usiminas Mecânica S.A. in the above entitled action;

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: ~~November 27, 2013~~
   12/3/13

_____
United States District / ~~Magistrate~~ Judge

{27526091;1}