UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PERINI/O&G, A JOINT VENTURE, :
          Plaintiff, :
           :    **ORDER**
v. :
           :    12 CV 1931 (VB)
USIMINAS MECÂNICA S.A., :
          Defendant. :
------------------------------------------------------------x

    After consultation with counsel at a pre-motion conference held on February 20, 2014, it is hereby ORDERED:

    1) Defendant shall move for summary judgment by April 7, 2014;

    2) Plaintiff's opposition papers are due by May 7, 2014; and

    3) Defendant's reply papers are due by May 21, 2014.

Dated: February 20, 2014
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge