NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY

# DuaneMorris®

*FIRM and AFFILIATE OFFICES*

MICHAEL J. HOGAN
DIRECT DIAL: 212-471-1869
PERSONAL FAX: 212.202.7503
*E-MAIL:* mjhogan@duanemorris.com

*www.duanemorris.com*

ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE*
*OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO
SRI LANKA
ALLIANCE WITH
GOWERS INTERNATIONAL

February 10, 2015

**VIA ECF**

Honorable Vincent L. Briccetti
United States Courthouse
300 Quarropas Street -- Room 630
White Plains, New York 10601

      Re:    **Perini/O&G, a Joint Venture v. Usiminas Mecanica S.A. et al**
              **Civil Action No. 12 CV 1931 (VB)**

Dear Judge Briccetti:

      We are attorneys for plaintiff Perini/O&G, a Joint Venture in the referenced action.

      We write to you concerning a request for an adjournment of Defendant's Motion for Reconsideration of this Court's Memorandum Decision dated January 20, 2015. Currently, our Opposition is due by February 17, 2015 and Defendant's Reply is due by February 24, 2015. Due to a virus-type illness and the recent severe weather, I have missed several days of work which has put me behind in the progress of this matter, as well as other matters. In addition, the parties are engaging in settlement discussions. As a result, it is respectfully requested that the due date for our Opposition be extended to March 2, 2015 and that Defendant's Reply to be due by March 10, 2015.

      In order to keep the same sequence of currently scheduled matters, it is also respectfully requested that the due date for the joint pretrial order currently scheduled for February 20, 2015 be adjourned to March 6, 2015. Also, the status conference currently scheduled for February 27, 2015 be adjourned to March 13, 2015.

DUANE MORRIS LLP
───────────────────────────────────────────────
1540 BROADWAY   NEW YORK, NY 10036-4086                                    PHONE: +1 212 692 1000   FAX: +1 212 692 1020
DM1\5377229.1

Honorable Vincent L. Bricetti
February 10, 2015
Page 2

DuaneMorris

    No prior requests for adjournments of the above scheduled dates have been requested. Counsel for Defendant consents to the granting of this request. Thank you.

                                     Very truly yours,

                                      Michael J. Hogan

MJH:mdb

cc:    Jeffrey Gilmore, Esq.

DM1\5377229.1