| | DuaneMorris® | |
|---|---|---|
| NEW YORK | | ATLANTA |
| LONDON | | BALTIMORE |
| SINGAPORE | | WILMINGTON |
| PHILADELPHIA | FIRM and AFFILIATE OFFICES | MIAMI |
| CHICAGO | | BOCA RATON |
| WASHINGTON, DC | | PITTSBURGH |
| SAN FRANCISCO | MICHAEL J. HOGAN | NEWARK |
| SILICON VALLEY | DIRECT DIAL: 212-471-1869 | LAS VEGAS |
| SAN DIEGO | PERSONAL FAX: 212.202.7503 | CHERRY HILL |
| SHANGHAI | E-MAIL: mjhogan@duanemorris.com | LAKE TAHOE |
| BOSTON | | MYANMAR |
| HOUSTON | www.duanemorris.com | OMAN |
| LOS ANGELES | | A GCC REPRESENTATIVE OFFICE |
| HANOI | | OF DUANE MORRIS |
| HO CHI MINH CITY | | |
| | | MEXICO CITY |
| | | ALLIANCE WITH |
| | | MIRANDA & ESTAVILLO |
| | | SRI LANKA |
| | | ALLIANCE WITH |
| | | GOWERS INTERNATIONAL |

March 20, 2015

**VIA ECF**

Honorable Vincent L. Briccetti
United States Courthouse
300 Quarropas Street -- Room 630
White Plains, New York  10601

   Re: **Perini/O&G, a Joint Venture v. Usiminas Mecanica S.A. et al**
     **Civil Action No. 12 CV 1931 (VB)**

Dear Judge Briccetti:

  We are attorneys for plaintiff Perini/O&G, a Joint Venture in the referenced action.

  We write to advise the court of the status of settlement.  The parties have negotiated and agreed on the terms of the settlement agreement, which now needs to be signed by the parties.  Once the settlement funds are received, a Stipulation of Dismissal will be filed.  It is anticipated that the Stipulation will be filed within the next twenty (20) days.

  Thank you.

              Very truly yours,

              Michael J. Hogan

MJH:mdb


cc: Jeffrey Gilmore, Esq.