**Duane Morris**

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY

ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO
SRI LANKA
ALLIANCE WITH
GOWERS INTERNATIONAL

FIRM and AFFILIATE OFFICES

MICHAEL J. HOGAN
DIRECT DIAL: 212-471-1869
PERSONAL FAX: 212.202.7503
E-MAIL: mjhogan@duanemorris.com

www.duanemorris.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 3/23/15

March 20, 2015

**VIA ECF**

Honorable Vincent L. Briccetti
United States Courthouse
300 Quarropas Street -- Room 630
White Plains, New York 10601

Re: <u>Perini/O&G, a Joint Venture v. Usiminas Mecanica S.A. et al
Civil Action No. 12 CV 1931 (VB)</u>

> By 4/20/15, the parties shall either submit a stip of discontinuance or a further status report. All proceedings stayed until 4/20/15.
> So ordered:
> VB, USDJ
> 3/20/15

Dear Judge Briccetti:

We are attorneys for plaintiff Perini/O&G, a Joint Venture in the referenced action.

We write to advise the court of the status of settlement. The parties have negotiated and agreed on the terms of the settlement agreement, which now needs to be signed by the parties. Once the settlement funds are received, a Stipulation of Dismissal will be filed. It is anticipated that the Stipulation will be filed within the next twenty (20) days.

Thank you.

Very truly yours,

Michael J. Hogan

MJH:mdb

cc: Jeffrey Gilmore, Esq.

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086                PHONE: +1 212 692 1000   FAX: +1 212 692 1020
DM1\5431216.1