Briccetti, J. (K)

RECEIVED
APR 06 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PERINI/O&G, A JOINT VENTURE,

                    Plaintiff,

                v.

USIMINAS MECÂNICA S.A. and USINAS
SIDESÚRGICAS DE MINAS GERAIS S.A. –
USIMINAS,

                    Defendants.
------------------------------------------------------------X

Civil Action No. 12 CV 1931 (VB)

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, all claims and causes of action expressly asserted by any and all parties in the captioned again are hereby dismissed, with prejudice, without costs to any party as against another, and

      **IT IS FURTHER STIPULATED AND AGREED** that copies of signatures hereon are to have the same effect as original signatures and that this stipulation may be executed in multiple counterparts.

Dated: New York, New York
        ~~March~~, 2015
        APRIL 6

DUANE MORRIS LLP
Attorneys for Plaintiff
Perini/O&G, A Joint Venture

By: */s/ Michael J. Hogan*
Michael J. Hogan, Esq.
1540 Broadway
New York, New York 10036
(212) 692-1000

AKERMAN LLP
Attorneys for Defendant
Usiminas Mecanica S.A.

By: */s/ Jeffrey G. Gilmore*
Jeffrey G. Gilmore
8100 Boone Boulevard
Suite 630
Vienna, VA 22182
(703) 790-8750

So Ordered,

_____
Honorable Vincent Briccetti

April 6, 2015